**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7268

ANTONIO SAUNDERS,

Plaintiff - Appellant,

v.

OFFICER DICKERSON, Master Jail Officer, Classification Officer; R. CHERRY, Superintendent; C. PERKINS, Commonwealth Attorney; H. GWYNN, Assistant Commonwealth Attorney; JANE DOE, Commonwealth Attorney Office Employee,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge. (1:07-cv-01094-LMB)

Submitted: January 30, 2009      Decided: February 27, 2009

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Saunders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Saunders v. Dickerson, No. 1:07-cv-01094-LMB (E.D. Va. June 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED